<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6374**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JAMES LOUIS JONES,

        Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:04-cr-00249-LMB-1)

Submitted:  June 17, 2010        Decided:  June 28, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Louis Jones, Appellant Pro Se.  Erik R. Barnett, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Louis Jones appeals the district court's order denying Jones' motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Jones' motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Jones, No. 1:04-cr-00249-LMB-1 (E.D. Va. filed Feb. 19 2010; entered Feb. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED